Robert Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## NORTHERN DIVISION

| | | |
|---|---|---|
| ALAN PANAS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:13-cv-170 |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | (**Unlawful Debt Collection Practices**) |
| GENPACT SERVICES, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT

ALAN PANAS ("Plaintiff"), through attorney, ROBERT C. MONTGOMERY, alleges the following against GENPACT SERVICES, LLC. ("Defendant"):

## INTRODUCTION

1.      Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692 *et seq*.

## JURISDICTION AND VENUE

2.      Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.      Defendant conducts business in the State of Idaho establishing personal jurisdiction.

4.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.      Plaintiff is a natural person residing in Meridian, Ada County, Idaho.

6.      Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7.      Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8.      Defendant is a business entity with a business office located at 10 East 40th Street, 10th Floor, New York, New York 10016.

9.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

10.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11.     In or around March of 2013, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12.     Defendant is attempting to collect a debt owed to original creditor GE Capital Retail Bank (Lowe's Consumer Credit Card Account) account number ending in 4597.

13.     Plaintiff's alleged debt owed arises from transactions used for personal, family, and household purposes.

14.     Defendant called Plaintiff's telephone number at 208-884-00XX.

15.     In or around January of 2013, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine.  *See* transcribed voicemail message attached hereto as Exhibit A.

16.     In the voicemail message, Defendant's representative, "Nate" failed to meaningfully disclose the nature of the call or state that the call was from a debt collector.  *See* Exhibit A.

17.     In the voicemail message, Defendant's representative, "Nate", directed Plaintiff to call him back at 877-239-7495, which is a number that belongs to Defendant.  *See* Exhibit A.

18.     Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I:
## DEFENDANT VIOLATED THE FAIR DEBT
## COLLECTION PRACTICES ACT

19.     Defendant violated the FDCPA based on, but not limited to, the following:

a.     Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

b.     Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

c.     Defendant violated §1692e(11) of the FDCPA by failing to disclose that the call was from a debt collector.

WHEREFORE, Plaintiff, ALAN PANAS, respectfully requests judgment be entered against Defendant, GENPACT SERVICES, LLC., for the following:

20.     Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

21.     Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

22.     Any other relief this Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/Robert C. Montgomery
Robert C. Montgomery
Idaho SBN: 1793
Ph: (208) 322-8865
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IDAHO)

Plaintiff, ALAN PANAS, says as follows:

1.   I am the Plaintiff in this civil proceeding.
2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.   Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.   Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.


Pursuant to 28 U.S.C. § 1746(2), I, ALAN PANAS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.


Dated: 03/13/2013

ALAN PANAS,
Plaintiff