Robert Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ALAN PANAS, | ) | |
| | ) | Case No. 2:13-cv-00170-BLW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| GENPACT SERVICES, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, ALAN PANAS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                      RESPECTFULLY SUBMITTED,

DATED: June 4, 2013

                                By: /s/ Robert Montgomery
                                   Robert C. Montgomery, Esquire
                                   Idaho SBN: 1793
                                   Ph: (208) 322-8865
                                   Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                      /s/ Robert Montgomery
                                                      Robert C. Montgomery, Esquire
                                                      Attorney for Plaintiff