Robert Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## NORTHERN DIVISION

| | | |
|---|---|---|
| ALAN PANAS, | ) | |
| | ) | Case No. 2:13-cv-00170-BLW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL** |
| GENPACT SERVICES, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

ALAN PANAS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GENPACT SERVICES, LLC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

DATED:  June 21, 2013

By: /s/ Robert Montgomery
Robert C. Montgomery, Esquire
Idaho SBN: 1793
Ph: (208) 322-8865
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Robert Montgomery
Robert C. Montgomery, Esquire
Attorney for Plaintiff